IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSHUA DAVIDBERG, )
)
)
) CASE NO.:   2:23-cv-00980
Plaintiff, )
v. )
)
AMERICAN BANKERS )
INSURANCE COMPANY OF FLORIDA, )
)
)
)
Defendant. )
_____/ )

**PLAINTIFF'S COMPLAINT FOR DAMAGES**

COMES NOW, Plaintiff, JOSHUA DAVIDBERG, through undersigned counsel, hereby files this Complaint against Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, and states as follows:

**PARTIES, JURISDICTION & VENUE**

1. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1345, and 42 U.S.C. § 3614(a).

2. Venue is proper under 28 U.S.C. § 1391(b), because the claims alleged herein arose in the Middle District of Florida.

3. At all times material hereto, Defendant was an insurance company whose principal place of business is in Arizona, and is authorized to do business in the State of Florida. The policy issued by Defendant is back by the federal government.

1

4.       At all times material hereto, Plaintiff is a resident of Punta Gorda, Florida.

## COUNT I - BREACH OF CONTRACT

5.       Plaintiff realleges and reincorporates paragraphs 1-4 as if fully stated herein.

6.       Prior to September 29, 2022, in consideration of the applicable paid premiums, Defendant issued to Plaintiff a property insurance policy bearing number 74060456912021 ("Policy") providing insurance coverage for the insured property located at 5940 Garlin Lane, Punta Gorda, FL 33950 ("Property"). See a copy of the policy attached hereto as **Exhibit A**.

7.       On or about September 29, 2022, the Property sustained direct physical damage as a result of a water damage ("the Loss").

8.       The Policy was in full force and effect during the time of the Loss.

9.       The Policy provided insurance coverage to the Property for the Loss.

10.      Defendant received timely notice of the Loss.

11.      Defendant assigned claim number 7406045691 to the Loss.

12.      Defendant and/or its agents were given the opportunity to inspect the Property and the reported damage arising from the Loss.

13.      The Policy requires Defendant restore the Property back to its pre-loss condition when the Loss is covered.

14.      Defendant's final coverage determination for the Loss did not bring the property back to its pre-loss condition as required by the terms and provisions of the Policy.

15. Defendant breached the Policy when it failed to restore the Property back to its pre-loss condition.

16. Plaintiff complied with all conditions precedent to this lawsuit, entitling Plaintiff to recover benefits under the Policy, or such conditions/obligations have been waived.

## PRAYER FOR RELIEF

17. As a direct and proximate result of Defendant's breach, Plaintiff was forced to retain the services of undersigned counsel, and Defendant must pay reasonable attorney's fees.

18. Plaintiff demands judgment against Defendant for damages, including but not limited to damages owed under the Contract, attorneys' fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated: November 1, 2023

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served on Defendant.

**The Law Offices of Robert David Malove**
Attorneys for Plaintiff
200 SE 9th Street
Fort Lauderdale, Florida 33316
Phone: (954) 861-0384
Fax:    (954) 333-6927
Email: rdm@robertmalovelaw.com
          fppleadings@robertmalovelaw.com
By: /s/ Robert David Malove, Esq..
        Robert David Malove, Esq.
        Florida Bar No.: 407283

**GEICO PORTFOLIO**

Policy Number: 74060456912021

**FLOOD POLICY DECLARATIONS**
American Bankers Insurance Company of Florida
Scottsdale, AZ 85261-4337

**EXHIBIT A**

Preferred Risk ✓

**Type:** Renewal
**Policy Period:** 11/28/2021 To 11/28/2022
**Original New Business Effective Date:** 11/28/2020
**Reinstatement Date:**
**Form:** Dwelling

To report a claim call: (800) 423-4403
These Declarations are effective
as of: 11/28/2021 at 12:01 AM

### Address Info

**Producer Name and Mailing Address:**
GEICO PORTFOLIO
1 GEICO BLVD FL 4
FREDERICKSBURG, VA 22412-9000

**NFIP Policy Number:** 7406045691
**Agent/Agency #:** 0B0000
**Reference #:** 70277-00000-000
**Phone #:** (855)395-9765

**Insured Name and Mailing Address:**
DAVIDBERG, JOSHUA
5940 GARLIN LN
PUNTA GORDA, FL 33950-7950

**NAIC Number:** 10111
**Processed by:**
Flood Service Center
P.O. Box 8695  Kalispell MT 59904-8695

### Property Info

**Property Location:**
5940 GARLIN LN
PUNTA GORDA, FL 33950-7950

**Primary Residence:** Y
**Premium Payor:** Insured
**Flood Risk/Rated Zone:** X    **Current Zone:**
**Community Number:** 12 0061 0244 F
**Community Name:** CHARLOTTE COUNTY *
**Grandfathered:** No
**Pre-Firm Construction**
**Program Type:** Regular

**Building Description:**
Single Family
One Floor
No Basement/Enclosure/Crawlspace
Main House
Mh

**Newly Mapped into SFHA:**
**Elev Diff:** N/A
**Elevated Building:** N
**No Addition(s) and Extension(s)**
**Replacement Cost:** $180,000
**Number of Units:** 1

### Coverage & Rating

| Type | Coverage | Rates | Deduct | Discount | Sub Total |
|---|---|---|---|---|---|
| Building: | 200,000 | / | 1,250 | | |
| Contents: | 80,000 | / | 1,250 | | |
| Contents Location: | Lowest Floor Only Above Ground Level | | | | |

| Premium Calculation | |
|---|---|
| Premium Subtotal: | 405.00 |
| Multiplier: | |
| ICC Premium: | 8.00 |
| CRS Discount: | .00 |
| Reserve Fund Assmt: | 74.00 |
| HFIAA Surcharge: | 25.00 |
| Federal Policy Fee: | 25.00 |
| Probation Surcharge: | .00 |
| Endorsement Amount: | .00 |
| Total Premium Paid: | 537.00 |

Coverage Limitations May Apply. See Your Policy Form for Details.

### Mortgage Info

**First Mortgage:**

**Second Mortgage:**

**Loss Payee:**

**Disaster Agency:** www.myflood.com Mr. Paulo 09/29/2022 9:17AM

Filed

Refer to www.fema.gov/cost-of-flood for more information about the risk of flooding and how it impacts the cost of flood insurance.

## IMPORTANT INFORMATION ABOUT THE
## NATIONAL FLOOD INSURANCE PROGRAM

Federal law requires insurance companies that participate in the National Flood Insurance Program to provide you with the enclosed Summary of Coverage. It's important to understand that the Summary of Coverage provides only a general overview of the coverage afforded under your policy. You will need to review your flood insurance policy, Declarations Page and any applicable endorsements for a complete description of your coverage. The enclosed Declarations Page indicates the coverage you purchased, your policy limits and the amount of your deductible.

You will soon receive additional information about the National Flood Insurance Program. This information will include a Claims Handbook, a history of flood losses that have occurred on your property as contained in FEMA's database and an acknowledgement letter.

If you have any questions about your flood insurance policy, please contact your agent or insurance company [whichever is applicable, to be supplied by the WYO company].

---

▶ **Get Your Flood Insurance Policy Form at**

**www.MyFlood.com**

You have *immediate and convenient* online and mobile access to this document containing your coverage details.

---

**Manage all your Flood Policy and Claim Needs online or on your mobile device by following the steps below:**

1. **Visit www.MyFlood.com**

2. **Login**
   - Create an account with your flood insurance policy number located on your declaration page **OR;**
   - Login without an account using your flood insurance policy number, property zip code, last name (or business name) and email

3. **You can:**
   - Access your Flood Insurance Policy Form
   - Report a flood loss
   - Review all policy payment transactions
   - Print your policy declaration page or renewal notice

Call us for assistance at 1-800-423-4403.



Assur Dec 62020

GEILOGO_INS_1R_OXP 000003642483

 **National Flood Insurance Program
Summary of Coverage**

This document was prepared by the National Flood Insurance Program (NFIP) to help you understand your flood insurance policy. It provides general information about deductibles, what is and is not covered by flood insurance, and how items are valued at the time of loss.

This document is based on the **Standard Flood Insurance Policy Dwelling Form**, which is used to insure one-to-four-family residential buildings and single-family dwelling units in a condominium building. There are two other policy forms:

**The General Property Form** is used to insure five-or-more-family residential buildings and nonresidential buildings.
**The Residential Condominium Building Association Policy Form** is used to insure residential condominium association buildings.

While the three forms are similar, they do contain some important differences. For example, the General Property Form does not provide coverage for contents in any building other than the insured building, and the Residential Condominium Building Association Policy Form contains a coinsurance clause, which provides for a pro-rata reduction in the building claim payment if the building is not insured to 80 percent of its replacement value.

## Two Types of Flood Insurance Coverage

The NFIP's Dwelling Form offers coverage for: 1) Building Property, up to $250,000, and 2) Personal Property (Contents), up to $100,000. The NFIP encourages people to purchase both types of coverage.

Your mortgage company may require that you purchase a certain amount of flood insurance coverage.

**For information about your specific limits of coverage and deductibles, refer to the Declarations Page in your flood insurance policy. It is also a good idea to review your policy with your insurance agent or company representative.**

## What Is a Flood?

Flood insurance covers direct physical loss caused by "flood." In simple terms, a flood is an excess of water on land that is normally dry. Here's the official definition used by the National Flood Insurance Program.

A flood is (1) "A general and temporary condition of partial or complete inundation of two or more acres of normally dry land area or of two or more properties (at least one of which is your property) from a. overflow of inland or tidal waters; b. unusual and rapid accumulation or runoff of surface waters from any source; or c. mudflow*. (2) collapse or subsidence of land along the shore of a lake or similar body of water as a result of erosion or undermining caused by waves or currents of water exceeding anticipated cyclical levels that result in a flood as defined in A.1.a. above.

* Mudflow is defined (in part) as "A river of liquid and flowing mud on the surfaces of normally dry land areas, as when earth is carried by a current of water."

## Three Important Facts About Your Flood Policy

A Standard Flood Insurance Policy is a single-peril (flood) policy that pays for direct physical damage to your insured property up to the replacement cost or Actual Cash Value (ACV) (see "How Flood Damages Are Valued") of the actual damages or the policy limit of liability, whichever is less.

1. **Contents coverage must be purchased separately.**

2. **It is not a valued policy.** A valued policy pays the limit of liability in the event of a total loss. For example: Your home is totally destroyed by a fire and it costs $150,000 to rebuild it. If your homeowners insurance policy is a valued policy with a $200,000 limit of liability on the building, you would receive $200,000. Flood insurance pays the replacement cost or ACV of actual damages, up to the policy limit.

3. **It is not a guaranteed replacement cost policy.** A guaranteed replacement cost policy pays the cost to rebuild your home regardless of the limit of liability. For example: Your home is totally destroyed by a fire and it costs $200,000 to rebuild it. If your homeowners insurance policy is a guaranteed replacement cost policy with a $150,000 limit of liability on the building, you would receive $200,000. Flood insurance does not pay more than the policy limit.

GEILOGO_INS_1R_OXP_000003642483

## Choosing Deductibles

Choosing the amount of your deductible is an important decision. As with car or homeowners insurance, choosing a higher deductible will lower the premium you pay, but will also reduce your claim payment.

You can choose different deductibles for Building Property and Personal Property coverage. The deductibles will apply separately to Building Property and Personal Property claims. Your mortgage company may require that your deductible be no more than a certain amount.

Review the Declarations Page in your flood insurance policy for amounts of coverage and deductibles. Talk with your insurance agent, company representative, or lender about raising or lowering deductibles within an allowable range.

### Reminder: Keep Your Receipts

While you are not expected to keep receipts for every household item and article of clothing, do try to keep receipts for electronic equipment, wall-to-wall carpeting, major appliances, and other higher-cost items. Your adjuster will be able to process your claim more quickly when you can prove how much items cost at the time of purchase. Also keep receipts for any repairs made with a flood insurance settlement.

## What Is Covered by Flood Insurance—and What Is Not

Physical damage to your building or personal property "directly" caused by a flood is covered by your flood insurance policy. For example, damages caused by a sewer backup are covered if the backup is a direct result of flooding. If the backup is caused by some other problem, the damages are not covered.

The following charts provide general guidance on items covered and not covered by flood insurance. Refer to your policy for the complete list. (For information on flood insurance coverage limitations in areas below the lowest elevated floor and in basements, see page 3 of this document.)

### General Guidance on Flood Insurance Coverage

| What is insured under BUILDING PROPERTY coverage: | What is insured under PERSONAL PROPERTY coverage: | What is NOT insured under either BUILDING PROPERTY or Personal Property coverage: |
|---|---|---|
| <ul><li>The insured building and its foundation.</li><li>The electrical and plumbing systems.</li><li>Central air-conditioning equipment, furnaces, and water heaters.</li><li>Refrigerators, cooking stoves, and built-in appliances such as dishwashers.</li><li>Permanently installed carpeting over an unfinished floor.</li><li>Permanently installed paneling, wallboard, bookcases, and cabinets.</li><li>Window blinds.</li><li>A detached garage (up to 10 percent of Building Property coverage), detached buildings (other than detached garages) require a separate Building Property policy.</li><li>Debris Removal</li></ul> | <ul><li>Personal belongings such as clothing, furniture, and electronic equipment.</li><li>Curtains.</li><li>Portable and window air conditioners.</li><li>Portable microwave ovens and portable dishwashers.</li><li>Carpets not included in building coverage (see above).</li><li>Clothes washers and dryers.</li><li>Food freezers and the food in them.</li><li>Certain valuable items such as original artwork and furs (up to $2,500).</li></ul> | <ul><li>Damage caused by moisture, mildew, or mold that could have been avoided by the property owner.</li><li>Currency, precious metals, and valuable papers such as stock certificates.</li><li>Property and belongings outside of a building such as trees, plants, wells, septic systems, walks, decks, patios, fences, seawalls, hot tubs, and swimming pools.</li><li>Living expenses such as temporary housing.</li><li>Financial losses caused by business interruption or loss of use of insured property.</li><li>Most self-propelled vehicles such as cars, including their parts (see Section IV.5 in your policy).</li></ul> |

2

GEILOGO_INS_1R_OXP 000003642483

# General Guidance on Flood Insurance Coverage Limitations in Areas Below the Lowest Elevated Floor and in Basements

Flood insurance coverage is limited in areas below the lowest elevated floor (including crawlspaces) depending on the flood zone and date of construction (refer to Part III, Section A.8 in your policy) and in basements regardless of zone, or date of construction. As illustrated below, these areas include 1) basements, 2) crawlspaces under an elevated building, 3) enclosed areas beneath buildings elevated on full-story foundation walls that are sometimes referred to as "walkout basements," and 4) enclosed areas under other types of elevated buildings.

### What is insured under BUILDING PROPERTY coverage:
- Foundation walls, anchorage systems, and staircases attached to the building.
- Central air conditioners.
- Cisterns and the water in them.
- Drywall for walls and ceilings (in basements only).
- Non-flammable insulation (in basements only).
- Electrical outlets, switches, and circuit-breaker boxes.
- Fuel tanks and the fuel in them, solar energy equipment, and well water tanks and pumps.
- Furnaces, water heaters, heat pumps, and sump pumps.

### What is insured under PERSONAL PROPERTY coverage:
- Washers and dryers.
- Food freezers and the food in them (but not refrigerators).
- Portable and window air conditioners.

### What is NOT insured under either Building Property or Personal Property coverage:
- Paneling. Bookcases, and window treatments such as curtains and blinds.
- Carpeting, area carpets, and other floor coverings such as tile.
- Drywall for walls and ceilings (below the lowest elevated floor).
- Walls and ceilings not made of drywall.
- In certain cases staircases and elevators.
- Most personal property such as clothing, electronic equipment, kitchen supplies, and furniture.



**1. BASEMENT**
Coverage limitations apply to "basements," which are any area of the building, including a sunken room or sunken portion of a room, having its floor below ground level on all sides.



**2. CRAWLSPACE**
When a building is elevated on foundation walls, coverage limitations apply to the "crawlspace" below.



**3. ELEVATED BUILDING ON FULL-STORY FOUNDATION WALLS**
Coverage limitations apply to the enclosed areas (lower floor) even when a building is constructed with what is sometimes called a "walkout basement."



**4. ELEVATED BUILDING WITH ENCLOSURE**
Coverage limitations apply to "enclosed areas" at ground level under an "elevated building." An elevated building allows water to flow freely under the living quarters, thus putting less strain on the building in the event of flooding. An "enclosure" is the area below the lowest elevated floor that is fully shut in by rigid walls.

3

# How Flood Damages Are Valued

The value of flood damage covered under the Dwelling Form is based on either Replacement Cost Value or Actual Cash Value.

### Replacement Cost Value (RCV)
RCV is the cost, without depreciation, to replace that building that is damaged. To be eligible, three conditions must be met:
1. The building must be a single-family dwelling; *and*
2. The building must be your principal residence at the time of loss, meaning you live there at least 80 percent of the year; *and*
3. Your building coverage is at least 80 percent of the full replacement cost of the building or is the maximum available for the property under the NFIP.

### Actual Cash Value (ACV)
ACV is Replacement Value at the time of loss, less the value of its physical depreciation.
Some building items such as appliances and carpeting are always adjusted on an ACV basis. For example, wall-to-wall carpeting could lose from 10 to 14 percent of its value each year, depending on the quality of the carpeting. This depreciation would be factored into the adjustment. Personal property is always valued at ACV.

## Special Considerations for Multiple Claims

Owners of NFIP-insured residential property, identified as "severe repetitive loss" (SRL) property, may be eligible for a FEMA mitigation grant for property improvements that reduce the likelihood of future flood damages. Participation in the SRL program is voluntary, but property owners who refuse an offer of mitigation may expect an increase in their flood insurance premium rate equal to 150% of the chargeable rate for the property at the time the offer was made.

An NFIP-insured property is defined as a severe repetitive loss property when it meets one of the following criteria since 1978, regardless of ownership:

1. Four or more separate flood claim payments have been made and each claim payment exceeds $5,000 (including building and contents payments), *or*
2. At least two separate flood claim payments (building payments only) have been made and the cumulative payments exceed the current value of the property.

### A FINAL NOTE
This document provides general information about flood insurance coverage. However, please be aware that your Standard Flood Insurance Policy, your application, and any information and your policy will be resolved in favor of your policy. If you have questions, call your insurance agent or company representative. endorsements, including the Declarations Page, make up your official contract of insurance. Any differences between this information and your policy will be resolved in favor of your policy. If you have questions, call your insurance agent or company representative.

## What Is Increased Cost of Compliance (ICC) Coverage?

Most NFIP policies include ICC coverage, which applies when flood damages are severe. ICC coverage provides up to $30,000 of the cost to elevate, demolish, or relocate your home. If your community declares your home "substantially damaged" or "repetitively damaged" by a flood, it will require you to bring your home up to current community standards.

The total amount of your building claim and ICC claim cannot exceed the maximum limit for Building Property coverage ($250,000 for a single-family home). Having an ICC claim does not affect a Personal Property claim (up to $100,000), which is paid separately.

Details about eligibility are in Section III.D. of your policy.

Congress created the National Flood Insurance Program (NFIP) in 1968 to reduce future flood damage through floodplain management, and to provide people with flood insurance through individual agents and insurance companies. The Federal Emergency Management Agency (FEMA) manages the NFIP. As required by Congress, this document was prepared by the NFIP to help flood insurance policyholders understand their policy.



4

GEILOGO INS 1R OXP 000003642483

ASSURA

## Privacy Notice

You are a valued customer and we strive to meet your privacy concerns. We want to make sure your personal information is protected and that you understand the policies that protect you. Assurant companies and other insurers that operate under this Privacy Notice ("We") provide various insurance products, including pre-funded funeral insurance, mobile insurance, credit insurance, and membership products. Our products may be sold directly to individuals, sold through our agents or offered on behalf of other companies. These other companies may be banks, finance companies, retailers, utilities, automobile dealers, manufactured housing, mortgage companies or funeral homes.

Pursuant to the United States Gramm-Leach Bliley Act, companies that qualify as financial institutions must provide their customers with a Privacy Notice on an annual basis. If you have asked not to be solicited, that request is still in effect. You do not need to contact us again. **This is not a solicitation.** You do not need to respond.

This Privacy Notice gives you examples of the types of data we lawfully collect, use, share or disclose; and the kinds of companies with whom we may lawfully share such data. These examples serve only as illustrations; they should not be considered all of the data we may lawfully collect, use or share. Below is our privacy pledge to you:

*Our Privacy Principles:*

- We do not sell your personal information.
- We do not share your personal information with anyone outside the Assurant family of affiliated companies unless you expressly authorize the sharing, or it is permitted or required by law.
- We do not allow those with whom we do business to use our customer information for their own marketing purposes unless there is a valid joint marketing agreement.
- We will not collect, use, share or disclose any of your information if prohibited by law.
- We contractually require any person or business providing products or services on our behalf to safeguard our customer information.

*Information We May Collect*

The level of information we may collect varies depending upon the type of services and products we offer you. Here are some examples of the types of information we may collect and how we gather it:

- From you (or provided to us on your behalf), on applications and other forms you submit to us; for example: your name, address, social security number, telephone number, employer and income.
- From your transactions with our companies or other non-affiliated parties; for example: your name, address, telephone number, age, credit card use, insurance coverage, transaction history, claims history and premiums.
- From consumer reporting agencies, public records and data collection agencies; for example: your obligations with others and your creditworthiness. However, we will not use your credit score, credit report or any other credit-related information in jurisdictions where it is prohibited by law.
- From health care providers, such as doctors and hospitals; for example: your past or present health condition. Health data will be collected **only** if we need to find out if you are eligible for coverage, process claims or prevent fraud, as authorized by you or as the law may permit or require. NOTE: We collect health data **only** to manage a health-related product or service; for example: life or disability insurance, for which you applied, or as otherwise permitted by law.
- From you when you enroll, request a service, or file a claim on one of our websites; for example: your name, address, contract number, credit card issuer and account number, personal identification number, e-mail address, service contract and claim information.
- From your visits to our internet websites; for example: session number and user ID. By reviewing our Online Privacy Policy along with the Legal Notice, Terms of Use, Site Agreement or similarly named link appearing on any of our websites, you may learn of any "cookies" utilized by us and of any additional information that may be collected from you on that site.

### Information We May Disclose or Share and With Whom

We may lawfully share customer information with other entities as needed to deliver products and services to you, provide customer service or handle your account.

### Disclosures Permitted by Law

We share customer information as described above and as permitted by law.

### Disclosures for Joint Marketing and Servicing

We may lawfully share customer information with persons or organizations inside or outside our family of companies that perform marketing services for us or with whom we have joint marketing agreements.

### Information Regarding Former Customers

We treat the information of prospective and former customers in the same manner as existing customers with respect to the use of personal information.

### Our Security Procedures

We restrict access to customer information to those employees whom we know have a valid business purpose to have access to such data. We maintain physical, electronic and procedural safeguards. We require those who provide services for us and to whom we provide your data to keep your information safeguarded and confidential.

### Changes to This Privacy Notice

We reserve the right to change this Privacy Notice at any time. If we make material changes, we will provide current customers a new notice that describes our new practices and will post it on our internet websites.

The following companies underwrite or market services under the Assurant service mark and adhere to this Privacy Notice. We value our relationship with you. Should you have any questions about our Privacy Notice, please write to us at The Assurant Privacy Office, 260 Interstate N Circle SE, Atlanta, Georgia 30339.

Affiliates:

- American Bankers Insurance Company of Florida
- American Bankers Life Assurance Company of Florida
- American Memorial Life Insurance Company®
- American Security Insurance Company
- Caribbean American Life Assurance Company
- Caribbean American Property Insurance Company
- Consumer Program Administrators, Inc. (CPI)
- Dealers Performance, Inc. (DPI)
- John Alden Life Insurance Company
- National Product Care Company (NPCC)
- Reliable Lloyds Insurance Company
- Service Plan, Inc. (SPI)
- Standard Guaranty Insurance Company
- Union Security Insurance Company
- Union Security Life Insurance Company of New York
- Voyager Indemnity Insurance Company
- Virginia Surety Company, Inc. (VSC)

DF00965A-0520

GEILOGO_INS_1R_OXP_000003642483