IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSHUA DAVIDBERG

        CASE NO.: 2:23-cv-00980

Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

Defendant.
_____/

## MOTION FOR DEFAULT JUDGEMENT

Plaintiff moves for an entry of Default against Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, for failure to serve any paper on the undersigned or file any paper as required by law. A copy of the Return of Service is attached hereto as **Exhibit "A"**.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent, via Florida E-Filing Portal, this 17th day of January 2024, to the Defendant.

        **The Law Offices of Robert David Malove**
        Attorneys for Plaintiff
        200 SE 9th Street
        Fort Lauderdale, Florida 33316
        Phone: (954) 861-0384
        Fax:   (954) 333-6927
        Email: jordan@robertmalovelaw.com
               abrown@robertmalovelaw.com
               fppleadings@robertmalovelaw.com
        By:_/s/ Jordan B. Fertel___.
            Jordan B. Fertel, Esq.
            Florida Bar No.: 1032519

| U Got Served, LLC | **INVOICE** | Invoice #AOA-2023002856 |
|---|---|---|
| 1279 W. Palmetto Park Road | | 12/22/2023 |
| Unit 273938 | | |
| Boca Raton, FL 33427 | | |
| Phone: (561) 361-7111 | Exhibit A | |
| Fax: (561) 948-2669 | | |
| 26-3080860 | | |

THE LAW OFFICES OF ROBERT DAVID MALOVE
200 SE 9TH STREET
FORT LAUDERDALE, FL 33316

Reference Number: Robert David Malove, Esquire

**Case Number:  2:23-CV-00980**

Plaintiff:
**JOSHUA DAVIDBERG**

Defendant:
**AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA**

Received: 12/12/2023   Served: 12/20/2023 11:50 am  CORPORATE
To be served on: AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Case file printing and set up | 1.00 | 15.00 | 15.00 |
| Service Fee (Local) | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $55.00 |
| **BALANCE DUE:** | | | **$55.00** |

Thank you for choosing U GOT SERVED, where "Legal Professionals are Serving the Legal Profession."

Kindly enclose a copy of the invoice with your payment.
www.ugotservedllc.com