UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSHUA DAVIDBERG,

    Plaintiff,                                       CASE NO.: 2:23-cv-00980-JES-KCD

v.

AMERICAN BANKERS INSURANCE COMPANY
OF FLORIDA,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, JOSHUA DAVIDBERG, and, Defendant, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, by and through their undersigned counsel, and pursuant to Local Rule 3.09(a), hereby notifies this Court that the Parties have resolved this case. The Parties are finalizing settlement paperwork and will file appropriate dismissal papers in a timely manner.

**[INTENTIONALLY LEFT BLANK]**

Dated: October 16, 2024               Respectfully submitted,

**ROBINSON + COLE LLP**
777 Brickell Avenue, Suite 680
Miami, FL 33131
Telephone: (786) 725-4120
Facsimile: (786) 725-4121

By: */s/ Eugene P. Murphy*
    Eugene P. Murphy
    Florida Bar No. 638501
    emurphy@rc.com
    Nikolaos M. Hernandez
    Florida Bar No. 1018058
    nhernandez@rc.com
    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on October 16, 2024 on all counsel or parties of record on the Service List below.

*/s/ Eugene P. Murphy*
Eugene P. Murphy, Esq.

## SERVICE LIST

Jordan Fertel, Esq.
Florida Bar No. 1032519
**THE LAW OFFICE OF ROBERT DAVID MALOVE, P.A.**
200 SE 9th Street
Fort Lauderdale, Florida 33316
Tele: (954) 861-0384
Fax: (954) 333-6927
Email: efiling@robertmalovelaw.com
jordan@robertmalovelaw.com;
abrown@robertmalovelaw.com;
fppleadings@robertmalovelaw.com
*Attorneys for Plaintiff*