```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

JOSHUA DAVIDBERG,

    Plaintiff,

v.                               Case No: 2:23-cv-980-JES-KCD

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

    Defendant.

_____

**ORDER**

    This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Doc. #36) filed on October 29, 2024. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

    **DONE and ORDERED** at Fort Myers, Florida, this __30th__ day of October 2024.

*[signature: John E. Steele]*

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record